UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS ALBERTO HERNANDEZ,
    Plaintiff,

v.

THE STATE OF CALIFORNIA,
    Defendant.

Case No. 15-cv-00268-JSC

**ORDER OF DISMISSAL**

Re: Dkt. No. 4

On January 20, 2015, Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] On the same day, the Clerk notified Petitioner he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Petitioner the Court's IFP form along with the deficiency notice, as well as a stamped return envelope and instructions for completing the IFP form. The instructions indicated that in order to complete the IFP application, he had to include a trust account statement showing balances and transactions for the last six months, and he had to return the certificate of funds form completed and signed by an authorized prison official. The notice informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within 28 days.

On February 4, 2015, Petitioner filed an IFP application. It was incomplete, however, in that it did not include a trust account statement, and Petitioner had partially completed and signed the certificate of funds form himself. He states that he does not know which prison official handles the certificate of funds forms, but he also does not explain what efforts he made, if any, to find out.

---

[1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 4.)

1 More than 28 days have passed since the deficiency notice was sent to Petitioner, and he
2 has not paid the filing fee, filed a complete IFP application, shown cause why not, or requested
3 and shown good cause for an extension of time.  Accordingly, the incomplete IFP application
4 (Dkt. No. 5) is DENIED, and this case is DISMISSED without prejudice to filing the petition in a
5 new action in which he either pays the filing fee or submits a complete IFP application.

6 The Clerk shall enter judgment and close the file.

7 **IT IS SO ORDERED.**

8 Dated: March 20, 2015

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2